**Alfred D. HUGHES, et al., petitioners,**
**v. UNITED STATES.**

No. 07–735.

April 14, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.